CLOSED,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:21−cv−00996−WMS

Corbett v. Walmart Inc.
Assigned to: Hon. William M. Skretny
Cause: 28:1332 Diversity−Fraud

Date Filed: 09/02/2021
Date Terminated: 04/06/2022
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**Jennifer Houseman Corbett**
*individually and on behalf of all others similarly situated*

represented by **Spencer I Sheehan**
Sheehan & Associates, P.C.
60 Cuttermill Road Ste 412
11021
Great Neck, NY 11021
516−268−7080
Fax: 516−234−7800
Email: spencer@spencersheehan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Walmart Inc.**

represented by **James F. Murdica**
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, IL 60606−2809
312−214−4869
Fax: 312−759−5646
Email: jmurdica@btlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2021 | Ï 1 | COMPLAINT against Walmart Inc. $ 402 receipt number 0209−4349603, filed by Jennifer Houseman Corbett. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit Proposed Summons)(Sheehan, Spencer) (Entered: 09/02/2021) |
| 09/03/2021 | Ï | Case assigned to Hon. William M. Skretny. Notification to Chambers of on−line civil case opening. (SG) (Entered: 09/03/2021) |
| 09/03/2021 | Ï | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative−dispute−resolution.(SG) (Entered: 09/03/2021) |
| 09/03/2021 | Ï 2 | Summons Issued as to Walmart Inc. (SG) (Entered: 09/03/2021) |
| 10/11/2021 | Ï 3 | |

| | | |
|---|---|---|
| | | WAIVER OF SERVICE Returned Executed by Walmart Inc.. Walmart Inc. waiver sent on 9/10/2021, answer due 11/9/2021. (Murdica, James) (Entered: 10/11/2021) |
| 10/11/2021 | Ï 4 | Corporate Disclosure Statement by Walmart Inc.. (Murdica, James) (Entered: 10/11/2021) |
| 10/12/2021 | Ï 5 | NOTICE of Appearance by James F. Murdica on behalf of Walmart Inc. (Murdica, James) (Entered: 10/12/2021) |
| 10/19/2021 | Ï 6 | NOTICE by Walmart Inc. *Notice of Bankruptcy Filing and Stay of Proceedings* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Murdica, James) (Entered: 10/19/2021) |
| 11/08/2021 | Ï 7 | STIPULATION *Extending Time to Answer, Move or Otherwise Respond to Complaint* by Walmart Inc.. (Murdica, James) (Entered: 11/08/2021) |
| 11/08/2021 | Ï 8 | TEXT ORDER −− The 7 Stipulation between Defendant Walmart, Inc., and Plaintiff Jennifer Houseman Corbett is HEREBY APPROVED. The time for Defendant to answer or otherwise respond to Plaintiff's complaint is EXTENDED until 14 days after the entry date of the Judicial Panel on Multidistrict Litigation's decision on Plaintiff's motion to vacate its conditional transfer order. SO ORDERED. Issued by William M. Skretny, United States District Judge on 11/8/2021. (JCM) (Entered: 11/08/2021) |
| 11/19/2021 | Ï 9 | NOTICE by Walmart Inc. *Supplemental Notice of Bankruptcy Filing and Stay of Proceedings* (Murdica, James) (Entered: 11/19/2021) |
| 11/29/2021 | Ï 10 | TEXT ORDER −− This Court has received Defendant's 9 notice that the stay issued by the Bankruptcy Court in North Carolina was extended to cover the claims asserted here against Defendant Walmart, Inc. IT HEREBY IS ORDERED, that the Defendant shall file a status report every six months on the status of bankruptcy proceedings, with the first report due May 23, 2022. FURTHER, that Defendant shall notify this Court when the Bankruptcy Court's stay is ended. SO ORDERED. Issued by William M. Skretny, United States District Judge on 11/29/2021. (JCM) (Entered: 11/29/2021) |
| 02/10/2022 | Ï 11 | MULTIDISTRICT LITIGATION TRANSFER ORDER to the District of New Jersey. Signed by Karen K. Caldwell, on 1/31/2022. (KM) (Entered: 02/10/2022) |
| 09/21/2023 | Ï 12 | MULTIDISTRICT LITIGATION TRANSFER ORDER. Signed by Karen K. Caldwell, Chair Multidistrict Litigation Panel on 9/21/23. (SG) (Entered: 09/22/2023) |